Case 08-43769    Doc 56    Filed 12/03/13    Entered 12/03/13 12:44:29    Desc Main
                                        Document      Page 1 of 1

# Unclaimed Funds

Entered 1/1/2001 to 12/3/2013

| Case No./<br>Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [08-43769 -msh](#)<br>19167837 | Herbert Weinberg, Esq.<br>Rosenberg & Weinberg<br>805 Turnpike Street, Suite 201<br>North Andover, MA 01845<br>01845 | 1,000.00 | 12/03/2013 |

**Grand Total: 1,000.00**